THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ebon Roberts, Appellant.
 
 
 

Appeal From Horry County
John M. Milling, Circuit Court Judge
Unpublished Opinion No. 2009-UP-608
Submitted December 1, 2009  Filed
 December 22, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor J. Gregory Hembree,
 of Conway, for Respondent.
 
 
 

PER CURIAM: Ebon Roberts appeals his guilty plea to kidnapping
 and strong armed robbery, arguing the trial court abused its discretion by
 denying his motion to withdraw his guilty plea.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.